138892

RECEIVED
BY MAIL
JAN 02 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-cv-2242 MJD/JGL **Case Title:** National Crop Ins v. Federal Crop Ins.

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice P. John Owen, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Nat'l Crop Ins. Services in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 200517 MN Attorney License # | 12/28/01 Date

**Affidavit of Proposed Admittee**

I, P. John Owen, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

P. John Owen Type/Print Name | P. John Owen Signature | Dec. 21, 2001 Date

Attorney License Number: 22523

Law Firm Name & Address: Morrison & Hecker L.L.P.

2600 Grand Avenue

Kansas City, MO 64108

Telephone: (816) 691 2750

Motion Granted: Richard D. Sletten /lj
For the Court: Richard D. Sletten, Clerk

JAN 02 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________