13889 2

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY MAIL
JAN 02 2002
CLERK US DIST COURT
ST. PAUL, MN

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2242 MJD/JGL **Case Title:** National Corp Ins. v. Federal Corp Ins

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John C. Cozad, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Nat'l Crop Ins. Services in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature]
Signature

200517
MN Attorney License #

12/28/01
Date

**Affidavit of Proposed Admittee**

I, John C. Cozad, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

John C. Cozad
Type/Print Name

[signature]
Signature

Dec. 19, 2001
Date

Attorney License Number: 22438

Law Firm Name & Address: Morrison & Hecker L.L.P.

2600 Grand Avenue

Kansas City, MO 64108

Telephone: (816) 691-2707

Motion Granted: [signature] /lj
For the Court: Richard D. Sletten, Clerk

JAN 02 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________