# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3952

| | | |
|---|---|---|
| National Crop Insurance Services, Inc.; Farmers Alliance Mutual Insurance Company; The Alliance Insurance Company, Appellants, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| Federal Crop Insurance Corporation; Ann M. Veneman; Phyllis W. Honor, Appellees. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

December 5, 2003

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

40

FILED 1 28 04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK