**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**National Crop Insurance Services, Inc., et al.**

**Plaintiffs,**

**v.**

**Federal Crop Insurance Corporation, et al.,**

**Defendants.**

**Civil No. 01-2242 MJD/SRN**

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

---

A telephonic status conference will be held in the above-referenced matter on **September 16, 2005, at 2:30 p.m.,** before Magistrate Judge Susan Richard Nelson. Counsel for plaintiff shall initiate this phone conference. The parties shall submit a status report to the Court by September 13, 2005.

DATED: August 25, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge