**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**National Crop Insurance Services, Inc., et al.** **Civil No. 01-2242 MJD/SRN**

**Plaintiffs,**

**v.**

**NOTICE CANCELLING TELEPHONIC STATUS CONFERENCE**

**Federal Crop Insurance Corporation, et al.,**

**Defendants.**

---

The telephonic status conference scheduled in the above-captioned matter for **September 16, 2005, at 2:30 p.m.** is cancelled.

DATED: September 12, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge