UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2242(MJD/FLN)

| | |
|---|---|
| National Crop Insurance Services, Inc., et al., Plaintiffs v. Federal Crop Insurance Corporation, Defendant | **STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, by counsel, stipulate that the-above captioned action shall be dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

| | |
|---|---|
| Dated: | Dated: July 10, 2007 |
| WINTHROP & WEINSTINE, P.A. | RACHEL K. PAULOSE<br>United States Attorney |
| s/ Thomas H. Boyd<br>By:_______________________<br>Thomas H. Boyd (#200517)<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>Telephone: (651) 290-8400 | s/ Friedrich A. P. Siekert<br>BY: FRIEDRICH A. P. SIEKERT<br>Assistant U.S. Attorney<br>Attorney ID No. 142013<br>600 U.S. Courthouse<br>300 S. Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5600 |
| Attorneys for the<br>Third Party Plaintiffs | Attorneys for the<br>Third Party Defendants |