UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2242(MJD/FLN)

National Crop Insurance Services, Inc., et al.,

Plaintiffs,

v.

Federal Crop Insurance Corporation,

Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I caused the following document:

**Stipulation of Dismissal with Prejudice**

to be filed electronically through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Thomas H. Boyd, Esq.**

s/ N. Corbo
N. Corbo