UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2242(MJD/FLN)

| | |
|---|---|
| National Crop Insurance Services, Inc., et al.,<br><br>Plaintiffs<br>v.<br><br>Federal Crop Insurance Corporation,<br><br>Defendant | **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss with Prejudice filed in this case, which stipulation is incorporated herein by reference, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:7/20/07

s/Michael J. Davis
Hon. Michael J. Davis
District Judge
United States District Court