✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

National Crop Insurance Services, Inc., et al.,

V.

Federal Crop Insurance Corporation,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2242 MJD/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

July 24, 2007
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk